AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2021 AUG 12 PM 2:47

CLERK
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>**GEORGE CASEY**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>2:21-mj-80-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____July 5, 2020_____ in the county of _____Chittenden_____ in the
_____ District of _____Vermont_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Use of a minor for the purpose of producing a visual depiction of the minor engaged in sexually explicit conduct, which was produced using materials that had been shipped/transported in interstate/foreign commerce |
| 18 USC 2252(a)(4)(B) | Knowingly possessed visual depictions that were produced using materials that had been shipped or transported in interstate and foreign commerce, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael McCullagh, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/12/2021

_____
*Judge's signature*

City and state:  Burlington, Vermont     Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*