U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 AUG 26 PM 12: 24

CLERK
BY LAW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

UNITED STATES OF AMERICA :
:
v. : Criminal No.
: 5:21-cr-75-1
GEORGE CASEY, :
Defendant :

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 5, 2020, in the District of Vermont, the defendant, GEORGE CASEY, did employ, use, persuade, induce, entice, and coerce, and attempted to employ, use, persuade, induce, entice, and coerce, any minor (Jane Doe #1) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely video files V00705-142608.mp4, V00705-154708.mp4, V00705-155453.mp4, V00705-145016.mp4, and V00709-123838.mp4, and which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

(18 U.S.C. §§ 2251(a), 2251(e))

## COUNT TWO

On or about July 5, 2020, in the District of Vermont, the defendant, GEORGE CASEY, did employ, use, persuade, induce, entice, and coerce, and attempted to employ, use, persuade, induce, entice, and coerce, any minor (Jane Doe #2) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely video files V00705-154708.mp4, V00705-155453.mp4, V00705-145016.mp4, and V00709-123838.mp4, and which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

(18 U.S.C. §§ 2251(a), 2251(e))

COUNT THREE

On or about March 11, 2021, in the District of Vermont, the defendant, GEORGE CASEY, knowingly possessed at least one matter which contained any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

At least one of the visual depictions involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

(18 U.S.C. §§ 2252(a)(4)(B), (b)(2))

A TRUE BILL

REDACTED

FOREPERSON

*Jonathan A. Ophardt* (BAM)
JONATHAN A. OPHARDT
Acting United States Attorney

Burlington, Vermont
August 26, 2021