U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC -1  PM 12: 16

CLERK

BY /s/ AL
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 5:21-cr-75-1 |
| | : | |
| GEORGE CASEY, | : | |
| Defendant | : | |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 5, 2020, in the District of Vermont, the defendant, GEORGE CASEY, did employ, use, persuade, induce, entice, and coerce any minor (Jane Doe #1) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely video files V00705-142608.mp4, V00705-154708.mp4, V00705-155453.mp4, and V00705-145016.mp4, and which visual depictions were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

(18 U.S.C. §§ 2251(a), 2251(e))

## COUNT TWO

On or about July 5, 2020, in the District of Vermont, the defendant, GEORGE CASEY, did employ, use, persuade, induce, entice, and coerce any minor (Jane Doe #2) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely video files V00705-154708.mp4, V00705-155453.mp4, and V00705-145016.mp4, and which visual depictions were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

(18 U.S.C. §§ 2251(a), 2251(e))

## COUNT THREE

On or about July 9, 2020, in the District of Vermont, the defendant, GEORGE CASEY, did employ, use, persuade, induce, entice, and coerce any minor (Jane Doe #1) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely video file V00709-123838.mp4, and which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

(18 U.S.C. §§ 2251(a), 2251(e))

## COUNT FOUR

On or about July 9, 2020, in the District of Vermont, the defendant, GEORGE CASEY, did employ, use, persuade, induce, entice, and coerce any minor (Jane Doe #2) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely video file V00709-123838.mp4, and which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

(18 U.S.C. §§ 2251(a), 2251(e))

## COUNT FIVE

On or about March 11, 2021, in the District of Vermont, the defendant, GEORGE CASEY, knowingly possessed at least one matter which contained any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

At least one of the visual depictions involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

(18 U.S.C. §§ 2252(a)(4)(B), (b)(2))

## COUNT SIX

On or about May 18, 2021, in the District of Vermont, the defendant, GEORGE CASEY, knowingly accessed with intent to view at least one matter which contained any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. §§ 2252(a)(4)(B), (b)(2))

## COUNT SEVEN

On or about June 2, 2021, in the District of Vermont, the defendant, GEORGE CASEY, knowingly accessed with intent to view at least one matter which contained any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

At least one of the visual depictions involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

(18 U.S.C. §§ 2252(a)(4)(B), (b)(2))

A TRUE BILL

███████████

FOREPERSON

_Nikolas P. Kerest_ (BAM)
NIKOLAS P. KEREST
United States Attorney

Burlington, Vermont
December 1, 2022