UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cr-75-gwc |
| | ) | |
| GEORGE "LUNARA" CASEY | ) | |
| Defendant. | ) | |

## **MOTION TO FILE UNDER SEAL: EXHIBITS**

NOW COMES Defendant George "Lunara" Casey, through counsel, and respectfully requests that defense exhibits B, C, D and G to their December 5, 2022 Motion to Suppress be filed under seal. These exhibits include:

Exhibit B: 08/03/20 Video Interview of T.G.
Exhibit C: 8/4/20 Video Interview of M.A.
Exhibit D: 9/24/20 Interview with Justin Hatin and Shannon Naylor
Exhibit G: 8/6/21 Supplemental Affidavit, Sgt. Jollymore

These exhibits include two interviews with minors (Exhibits B and C) in which sensitive information related to alleged sexual assault is discussed, an interview with Mr. Hatin and Ms. Naylor (Exhibit D) where sensitive information also related to sexual assault on minors is discussed, and a report from law enforcement that describes videos containing child pornography allegedly produced using the minor victims (Exhibit G). On the basis that the minor victims retain a privacy interest in these sensitive interviews and documents, Casey therefore requests that these exhibits be filed under seal.

WHEREFORE, Casey respectfully requests that the Court grants their request and order that Exhibits B, C, D and G to their Suppression Motion be filed under seal.

Dated at Burlington, Vermont, December 5, 2022

> By:    */s/ Sara M. Puls*
> Sara M. Puls
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 95 Pine Street, Ste. 150
> Burlington, Vermont 05401
> (802) 862-6990