UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cr-75-gwc |
| | ) | |
| GEORGE "LUNARA"CASEY | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

On December 12, 2022, Defendant George "Lunara" Casey, through counsel, moved to file exhibits B, C, D, and G (in support of their Motion to Suppress and Request a Hearing Pursuant to *Franks v. Deleware*) under seal.

The defense notes that these exhibits include two interviews with minors (Exhibits B and C) in which sensitive information related to alleged sexual assault is discussed, an interview with Mr. Hatin and Ms. Naylor (Exhibit D) where sensitive information also related to sexual assault on minors is discussed, and a report from law enforcement that describes videos containing child pornography allegedly produced using the minor victims (Exhibit G). On the basis that the minor victims retain a privacy interest in these sensitive interviews and documents, defense requested that these exhibits be filed under seal.

The Court, having considered the defendant's request to seal these exhibits, finds good cause to order Exhibits B, C, and D be filed under seal. Exhibit G will not be sealed, but instead, should be redacted and filed publicly.

Accordingly, the defendant's Motion is GRANTED, in part. Defendant's

Exhibits B, C, and D for their Motion to Suppress (Doc. 54) are to be filed under seal. Fed. R. Crim. P. 49.1(a) and (d). Local Rule 5.2(a).

SO ORDERED.

Dated at Burlington, Vermont this _____ day of December, 2022.

                                                                         _____
                                                                         Hon. Christina Reiss
                                                                         United States District Judge