UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Docket No. 5:21-CR-75 |
| | ) |
| GEORGE "LUNARA" CASEY | ) |
| Defendant. | ) |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Sara M. Puls, Assistant Federal Public Defender, counsel for defendant Lunara Casey, and respectfully requests an order allowing the Office of the Federal Public Defender to be withdrawn as counsel for Ms. Casey. This motion is based on the following:

This office has diligently represented Ms. Casey since shortly after her arrest on August 26, 2021. Despite our many efforts, Ms. Casey has requested the undersigned file this motion to withdraw as counsel. Counsel is filing this motion at her request and does not object to a hearing if the Court wishes to hear from Ms. Casey in court. It is respectfully requested that should such hearing be required, that it be held *ex parte*, as the content of that hearing may reveal privileged information.

WHEREFORE, counsel respectfully requests for the reasons stated that the Court grant this motion to withdraw from representing Ms. Casey.

Dated at Burlington this 13th of April, 2023

By: */s/ Sara M. Puls*
Sara M. Puls
Assistant Federal Public Defender

Michael Desautels
Federal Public Defender
Office of the Federal Public Defender

- 1 -

District of Vermont
95 Pine Street, Suite 150
Burlington, Vermont 05401
(802) 862-6990
Counsel for Lunara Casey