NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                  Case No. 5:21-cr-75-1

George Casey

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Friday, June 30, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Hearing on Motions to Suppress (Docs 54 & 72).

Location: Courtroom 110                                            JEFFREY S. EATON, Clerk
                                                                                   By: /s/ Emerson Howe
                                                                                   Deputy Clerk
                                                                                   5/1/2023

TO:

Barbara A. Masterson, AUSA

Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter